# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

133370

ELAINE A. HAAS, and CHARLES J.
BANNON,
        Plaintiffs-Appellants,

v

WADE H. DEAL, and SARAH J.
DEAL,
        Defendants-Appellees,

and

TRACEY L. DEAL, and J. A.
DELANEY & CO., a Michigan
Corporation, jointly and severally,
        Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133370
COA: 262987
Wayne CC: 99-918983-CH

On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on November 14, 2007, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs no later than November 7, 2007, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

_____
Clerk

11016